

# Fourth Court of Appeals
## San Antonio, Texas

October 11, 2016

No. 04-16-00620-CV

Kathy **WELCH**,
Appellant

v.

Gerardo Javier **AFONSO**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2016CV04591
Honorable Karen Crouch, Judge Presiding

## O R D E R

Sitting:       Sandee Bryan Marion, Chief Justice, Dissenting
                Luz Elena D. Chapa, Justice
                Jason Pulliam, Justice

Kathy Welch appeals the county court at law's judgment dated September 22, 2016, granting Gerardo Javier Afonso a writ of possession. The clerk's record has been filed. The electronic docket sheet reflects that Welch filed a motion on September 27, 2016, asking the trial court to set the amount of security required to supersede the judgment pending appeal. The clerk's record on appeal does not reflect whether the trial court set the supersedeas bond as required by law.

We order that proceedings to satisfy the judgment, including execution of a writ of possession are STAYED until further order of this court. We further order the trial court to set supersedeas and allow Welch a period of at least ten days to file a supersedeas bond in the amount set by the court.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of October, 2016.

_____
Keith E. Hottle, Clerk